Certificate Number: 05781-NJ-DE-037034739

Bankruptcy Case Number: 22-17121



05781-NJ-DE-037034739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2022, at 11:48 o'clock AM PST, Larry Harold completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 11, 2022          By:   /s/Allison M Geving

                                   Name: Allison M Geving

                                   Title: President