Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 22−17121−JNP
                              Chapter:  7
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry A Harold | Tiffany L Harold |
| 759 South Orchard Road | 759 South Orchard Road |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
  xxx−xx−1208                                           xxx−xx−5395

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 16, 2022</u>             <u>Jerrold N. Poslusny Jr.</u>
                                                    Judge, United States Bankruptcy Court